**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re: | CASE NO. 06-30056 |
| John Wayne Smith | |
| Debtor(s) | CHAPTER 13 |

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED AND SERVED UPON THE MOVING PARTY WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OF THE BANKRUPTCY COURT, P.O. BOX 1248, MONTGOMERY, ALABAMA 36102.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for: **MOTION TO MODIFY A CONFIRMED CH. 13 PLAN PURSUANT TO R. 3015(G)**

## MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION TO THE ORIGINAL SCHEDULED PAYMENTS

COME(S) NOW, the Debtor(s) in the above referenced bankruptcy and hereby moves this Honorable Court to modify the Chapter 13 Plan and schedules in reference to this case as follows:

1. In January 2006, tthe Debtor filed a chapter 13 plan offering to pay his chapter 13 unsecured creditors at the rate of Eleven (11%) percent, prorata, based upon his ability to pay. The Debtor was an above median income debtor and his original plan and budget allowed for a payment at the rate of $100.00 per payday.

2. As the result of secured claims filed and objections to the plan, the debtor had to raise his payments to $200.00 per payday, which resulted in the debtor being in a position that his chapter 13 plan would pay out in less than 60 months.

3. Since the filing of the chapter 13 plan and confirmation, the Debtor's wife lost her employment with Kelly Services, and has been unable to get new employment.

4. The Debtor, request that his payments be lowered to $100.00 per payday and that the percentage be paid to the unsecured creditors at sixteen (16%) percent.

5. There has been a change in circumstance since the filing of the petition, justifying a return to the original scheduled payment and the original filed schedules "I" and "J".

WHEREFORE, THESE PREMISES CONSIDERED, the debtor moves this Honorable Court to amend their schedules and plan as stated above.

Respectfully submitted this date: March 22, 2010.

/s/ John Wayne Smith                    /S/ Richard D. Shinbaum
                                        RICHARD D. SHINBAUM
                                        rshinbaum@samvpc.com
                                        VONDA S. MCLEOD
                                        vmcleod@samvpc.com
                                        Attorneys for the Debtor
                                        SHINBAUM, MCLEOD & CAMPBELL
                                        Post Office Box 201
                                        Montgomery, Alabama 36101
                                        (334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Amendment and Plan on the below parties either by electronic mail or regular mail on this day: March 22, 2010.

Hon. Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101


/S/ Richard Shinbaum
Richard Shinbaum
Attorney for Debtor

Case 06-30056   Doc 48   Filed 03/22/10   Entered 03/22/10 16:52:05   Desc Main
                         Document     Page 2 of 2