# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of:** } | |
| } | Case No. 06-30056 |
| John Wayne Smith } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## AMENDED MOTION TO MODIFY A CONFIRMED CH. 13 PLAN

Comes now the Debtor(s),John Wayne Smith, and hereby moves this Honorable Court to modify the confirmed Chapter 13 plan and/or schedules as follows:

1. In January 2006, the Debtor filed a chapter 13 plan offering to pay his chapter 13 unsecured creditors at the rate of Eleven (11%) percent, prorata, based upon his ability to pay. The Debtor was an above median income debtor and his original plan and budget allowed for a payment at the rate of $100.00 per payday.

2. As the result of secured claims filed and objections to the plan, the debtor had to raise his payments to $200.00 per payday, which resulted in the debtor being in a position that his chapter 13 plan would pay out in less than 60 months.

3. Since the filing of the chapter 13 plan and confirmation, the Debtor's wife lost her employment with Kelly Services, and has been unable to get new employment.

4. The Debtor, request that his payments be lowered to $100.00 per payday and that the percentage be paid to the unsecured creditors at sixteen (16%) percent.

5. There has been a change in circumstances since the filing of the petition, justifying a return to the original scheduled payment and the original filed schedules "I" and "J".

WHEREFORE, THESE PREMISES CONSIDERED, the debtor moves this Honorable Court to amend their schedules and plan as stated above.


/s/ Richard D. Shinbaum
*Attorney for Debtor:*
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day April 16, 2010.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs