# United States Bankruptcy Court
## Middle District of Alabama

In re **John Wayne Smith**  
Debtor(s)

Case No. **06-30056**  
Chapter **13**

**Chapter 13 Plan or Summary**  
Check if Amended Plan ☒

1. **PAYMENTS TO TRUSTEE:** $100.00 Bi-weekly for 60 months beginning

2. **DISTRIBUTIONS BY TRUSTEE FROM THE PAYMENTS RECEIVED SHALL BE MADE AS FOLLOWS:**

   **First:** **ADMINISTRATIVE CLAIMS** under 11 USC §503(b). Debtor's attorney fee is: **2,000.00**

   **Second:** **SECURED CLAIMS**
   a. Secured claims being paid through the trustee:

   | Creditor | Amount of Debt | Value of Collateral | No. of Payments | Interest Under Plan | Specified Monthly Payment |
   |---|---|---|---|---|---|
   | **COMALA FEDERAL CREDIT UNION** | **$3,775.00** | **$4,550.00** | **54** | **8.00%** | **$84.66** |
   | **COMALA FEDERAL CREDIT UNION** | **$814.45** | **$4,550.00** | **54** | **8.50%** | **$18.49** |
   | **MAX FEDERAL CREDIT UNION** | **$7,858.00** | **$10,175.00** | **54** | **8.50%** | **$178.40** |
   | **MAX FEDERAL CREDIT UNION** | **$2,374.42** | **$10,175.00** | **54** | **8.50%** | **$52.60** |

   b. Prepetition defaults being cured through the trustee:

   | Creditor | Amount of Arrearage | Annual Interest | No. of Payments | Date Post-Petition Payment Will Resume | Specified Monthly Payment |
   |---|---|---|---|---|---|
   | **-NONE-** | | | | | |

   c. Secured claims to be paid directly by debtor or other party to the creditor:

   | Creditor | Amount of Debt | Value of Collateral | Contractual Payment |
   |---|---|---|---|
   | **CHASE MORTGAGE** | **$56,000.00** | **$57,440.00** | **$461.00** |

   d. Secured claims to be satisfied by the surrender and return of collateral:

   | Creditor | Description of Collateral | Amount of Debt | Value of Collateral |
   |---|---|---|---|
   | **-NONE-** | | | |

   **Third:** **PRIORITY CLAIMS** (11 USC §507(A)(2) TO (8)):

   | Creditor | Amount of Debt | Specified Monthly Payment |
   |---|---|---|
   | **-NONE-** | | |

   **Fourth:** **SPECIALLY CLASSIFIED UNSECURED CLAIMS**

   | Creditor | Basis for Classification | Amount of Debt Specially Classified | Specified Monthly Payment |
   |---|---|---|---|
   | **-NONE-** | | | |

   **Fifth:** **UNSECURED CLAIMS**

   UNSECURED CLAIMS, including the unsecured portion of secured claims, a pro rata amount equal to **16**% of the claim. If unsecured creditors are to receive less than 100% of their claims, the debtor(s) will pay all projected disposable income to the trustee for at least 36 months.

3. **DURATION OF PLAN**
   The expected duration of this plan is **60** months.

4. **PROVISIONS FOR UNSCHEDULED, POSTPETITION, OR LATE FILED CLAIMS ARE AS FOLLOWS:**

**5. PROVISIONS FOR PROPERTY OF THE ESTATE (See 11 U.S.C. §1303, §1306 and §1327):**

**6. PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES (See 11 U.S.C. §1322(b)(7) and §365):**

| Contract\Lease Party | Description of Contract or Lease | Assume or Reject? |
|---|---|---|
| **-NONE-** | | |

**7. OTHER PROVISIONS:**
   ADEQUATE PROTECTION PAYMENTS ON ALLOWED SECURED CLAIMS WILL BE PAID THROUGH THE CHAPTER 13 TRUSTEE.

**/s/ John Wayne Smith**
**John Wayne Smith**
Debtor

Date

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy